In the Matter of the Application of Seth B. Robinson, Appellant, to Enforce an Attorney's Lien. Henriette Muller, Respondent.

*Matter of Robinson,* 125 App. Div. 424, affirmed.
(Argued May 20, 1908; decided June 2, 1908.)

Appeal from an order of the Appellate Division of the Supreme. Court in the first judicial department, entered April 10, 1908, which reversed an order of Special Term fixing the amount of the compensation of the petitioner and establishing a lien in his favor therefor.

*Charles De Hart Brower* and *Seth B. Robinson* for appellant.

*Charles A. Brodek* for respondent.

Order affirmed, with costs, on opinion of Ingraham, J., below.

Concur: Cullen, Ch. J., Gray, Vann, Werner, Willard Bartlett, Hiscock and Chase, JJ.